

# FILED

APR 11 2025

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

_Amended  Complaint_

---

1._Khalil I. Abbus II  Pro Se

---

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

### -against-

2. Warden David Buss (2023 DCCC Warden),

See attachment 1

—

---

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names. Do not include
addresses here.)*

**Complaint for Violation of Civil
Rights**
(Non-Prisoner Complaint)

Case No. 25-CV-147 JDR
CDL_____
*(to be filled in by the Clerk's Office)*

Jury Trial:    * Yes    ☐ No
    *(check one)*

---

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting
from public access to electronic court files. Under this rule, papers filed with the court should
*not* contain: an individual's full social security number or full birth date; the full name of a
person known to be a minor; or a complete financial account number. A filing may include
*only*: the last four digits of a social security number; the year of an individual's birth; a
minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other
materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an
application to proceed in *forma pauperis*.

ProSe-05                                    1   .   .

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                Khalil I. Abbus II
Street Address    737 South Louisville Ave
City and County    Tulsa/ Tulsa County
State and Zip Code  Oklahoma/ 74112
Telephone Number  808-493-3346
E-mail Address.      abbusibrahim350@gmail.com

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                Warden David Buss
Job or Title          2023 DCCC Warden
(if known)
Street Address      129 Conner Rd
City and County      Hominy; Osage County
State and Zip Code    Oklahoma, 74035
Telephone Number
E-mail Address
(if known)
☐*Individual capacity      ☐Official capacity

Defendant No. 2

Name                Warden David Louthan
Job or Title          2023 DCCC Warden
Street Address      129 Conner Rd
City and County      Hominy, Osage County

ProSe-5.                                        2

State and Zip Code    _Oklahoma, 74035_

Telephone Number

E-mail Address

(if known)

☐*Individual capacity ☐Official capacity

Defendant No. 3

Name                 <u>Tammy Cartwright</u>

Job or Title         <u>DCCC CHSA</u>

(if known)

Street Address       <u>129 Conner Rd</u>

City and County      Hominy, Osage County

State and Zip Code   Oklahoma,74035

Telephone Number

E-mail Address

(if known)

☐*Individual capacity ☐ Official capacity

Defendant No. 4

Name                 <u>Darrow Hetebrink</u>

Job or Title         <u>DCCC Chaplin</u>

(if known)

Street Address       <u>129 Conner Rd</u>

City and County      <u>Hominy, Osage County</u>

State and Zip Code   <u>Oklahoma,74035</u>

Telephone Number

E-mail Address

(if known)

*☐Individual capacity☐Official capacity <u>See attachment (2)</u>

ProSe-5.                                    3

**II.    Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐    Federal officials (a *Bivens* claim)

☐*    State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_1st, 8th ,&14th_

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

see attachment (3)

ProSe-5.                                           4

III.    **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      Where did the events giving rise to your claim(s) occur?

Dick Conners Correctional Center & Oklahoma State Reformatory

B.      What date and approximate time did the events giving rise to your claim(s) occur?

From April 2023 to July 2024

C.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See attachment (4)

Witness: Corey Ware

IV.    **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

1. Mental anguish: anxiety, depression, and pdsd
2. Violation of my right to due process
3. Discrimination
4. Violation of religious right
5. Deliberate Indifference
6. Cruel and usual punishment
7. Failure to protect

V.    **Relief**

State briefly what you want the court to do for you.   Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

1. $500,000 for injuries
2. $500,000 for punitive damages
3. See attachment (5)

VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support

ProSe-5.                                    6

Attachment (1)

3. Warden David Louthan (2023 DCCC Warden)

4. Tammy Cartwright (2023 DCCC CHSA)

5. Darrow Hetebrink (2023 DCCC Chaplain)

6. Travis Keeth (2023 DCCC Security Captain)

7. Melissa Hodge (2023 DCCC Security Captain)

8. Dr Bethany Wagener (2019 to 2023 DCCC PA-C)

9. Warden Chris Rankins (2023-2024 OSR Warden)

10. Haley Hamaker (2023 to 2024 OSR Law Library Supervisor)

11. Amy Vann (DCCC Grievance Coordinator)

12 .Mark Knutson (ODOC General Administrative Review Authority Director's Designee)

13. Cherri Atkinson (ODOC Medical Administrative Review Authority Medical Services Manager)

(8)

Attachment (2)

Def #5

Name: Travis Keeth

Job or Tittle: DCCC Senior Security Captain

(If known)

Street address: 129 Conner Rd

City and county: Hominy, Osage County

State and zip code: Oklahoma, 74035

Telephone num:

Email address:

(If known)

    *Individual capacity   official capacity

Def #6

Name: Melissa Hodge

Job or Title: DCCC Security Captain

(If known)

Street address: 129 Conner Rd

City and county: Hominy, Osage County

State and zip code: Oklahoma, 74035

Telephone num:

Email address:

(If known)

(9)

*Individual capacity     official capacity

Def #7

Name: Bethany Wagener

Job or Title: DCCC PA-C

(If known)

Street address: 129 Conner Rd

City and county: Hominy, Osage County

State and zip code: oklahoma, 74035

Telephone num:

Email address:

(If known)

*Individual capacity     official capacity

Def #8

Name: Warden Chris Rankins

Job or Title: OSR Warden

(If known)

Street address: 1700 East 1st Street

City and county: Granite, Greer County

State and zip code: Oklahoma, 73547

Telephone num:

Email address:

(If known)

*Individual capacity     official capacity

b.  (10)

Def #9

Name: Haley Hamaker

Job or Title: OSR Law Library Supervisor

(If known)

Street address: 1700 East 1st Street

City and county: Granite, Greer County

State and zip code: Oklahoma, 73547

Telephone num:

Email address:

(If known)

*Individual capacity    official capacity

Def #10

Name: Amy Vann

Job or title: DCCC Grievance Coordinator

(If known)

C.  (11)

Street address: 129 Conner Rd

City and county: Hominy, Osage County

State and zip code: oklahoma, 74035

Telephone num:

Email address:

(If known)

- *Individual capacity    official capacity

Def #11

Name: Mark Knutson

Job or Title: ODOC General Administrative Review Authority Director's Designee

(If known)

Street address: 3400 North Martin Luther King Avenue

City and county: Oklahoma City, Oklahoma County

State and zip code: Oklahoma, 73111

Telephone num:

Email address:

(If known)

*Individual capacity    official capacity

Def #12

Name: Cherri Atkinson

Job or Title: ODOC Medical Administrative Review Authority Medical Services Manager

(If known)

Street address: 3400 North Martin Luther King avenue

d    (12)

City and county: <u>Oklahoma City, Oklahoma County</u>

State and zip code: <u>Oklahoma, 73111</u>

Telephone num:

Email address:

(If known)

*Individual capacity    official capacity

e.    (13)

Attachment (3)

Attachment (3)

Incident on May 18, 2016: At approximately 6:00 A.M. at Oklahoma State Penitentiary, I was attacked by inmates Cizek and Sayers, resulting in multiple stab wounds. An officer informed me that one of my attackers was hepatitis C positive. I requested testing and was tested approximately one month later.

Transfer to DCCC: On July 2, 2019, I was transferred to Dick Conners Correctional Center (DCCC), where I learned that I had tested positive for hepatitis C. I was not informed of this result until my transfer. From 2019 to 2022, Dr. B. Wagener informed me I did not qualify for treatment. After filing grievances, I was finally approved for treatment.

Treatment Approval: On March 23, 2023, I was approved to begin hepatitis C treatment on April 10, 2023. I informed Dr. Wagener that I was fasting for Ramadan and required medication to be administered before Fajr and after Maghrib. Dr. Wagener assured me accommodations would be made per ODOC policy (Op-030112).

April 10, 2023: I went to medical for my medication around 4:00 A.M. before joining communal prayers. Nurse Cooke instructed me to consistently attend medical at the same time daily for my treatment.

April 12, 2023 (Night of Power): I sought entry to the gym for prayers but found it locked. Captain Travis Keith refused to allow me access, stating, "I don't give a damn what you were doing." His deliberate callous indifference caused me significant distress over missing an important religious observance.

Grievances Filed: I filed grievances regarding the incidents, highlighting violations of my First, Eighth, and Fourteenth Amendment rights by various DCCC staff members, including Warden Buss, Warden Louthan, Tammy Cartwright, Dr. Wagener, and others.

a. (14)

Attachment (3)

1. Warden David Buss (DCCC Warden): under color of state law, refused to adhere to odoc policy , and Oklahoma state law, and federal law, and failed to protect rights whole warden of DCCC. He showed callous deliberate indifference to my documented repeated reports of Tammy Cartwright and Amy Vanns continuous subterfuge tactics to two hinder my ability to properly and fairly navigate the Oklahoma Department of Corrections inmate/Offender grievance process Op-090124. I pled to Warden Buss ,verbally and in numerous RTS and grievances, about this situation many times but Warden Buss showed deliberate and callous indifference to the violation of my constitutional rights. This is a violation of Oklahoma Department of Corrections policy and local, state, and federal laws. Warden Buss turned eye can I pleas for redress and allowed for me to suffer retaliation at the hands of his colleagues, subjecting me to hazardous dangerous conditions and cruel and unusual punishment in violation of 42 USC subsection 1997 d

2. Warden David Louthan (DCCC Warden): under color of state law, Showed deliberate indifference to     my rights and retaliated against me for reporting violations of my constitutional rights. I plead to Warden David Louthan in numerous RTS and grievance but Warden Louthan remained deliberately and callously indifferent to the violation of my constitutional rights. This is a violation of Oklahoma Department of Corrections policy and state and federal law. (See 42 USC subsection 1997 d.)

3. Tammy Cartwright (DCCC CHSA) : under color of state law, refused to adhere to Oklahoma Department of correction policy and local, state, and federal law. Cartwright was deliberately indifferent to my right to practice my religion. After attempting numerous times to thwart my ability to properly exhaust administrative remedies through the inmate/offender grievance process op-090124. She used her position of authority to mislead me, and She misfile my grievance process documentation with the sole purpose of obstructing my ability to freely enjoy all rights protected by the Constitution and United States laws. I tried to communicate with Cartwright and to understand the logic in the way my grievance process documents was being handled and filed by her but she refused to adhere to ODOC

b  (15)

Attachment (3)

policy and state and federal law. She retaliated against me for reporting violations of my civil rights. Is violation of 42 USC subsection 1997 d.

4. Darrow Hetebrink (DCCC Chaplain): under color of state law, refused to adhere to ODOC policy, and to local, state, and federa laws. He denied by Friday obligatory jumah prayer service services during the holy month of Ramadan, prioritizing Christian religious events over Islamic religious services. This is a violation of Oklahoma Department of Corrections policy and state and federal law. The defendant callously showed deliberate indifference to my rights protected by the Constitution and the laws of the United States. And to my efforts to properly we rehabilitate after 23 years of incarceration in Oklahoma Department of Corrections only months before I was to be discharged back into society. He purposely obstructed liability to properly practice my Islamic faith and this is a violation of ODOC policy and state and federal law. Chaplin Hetebrink retaliate against the DCCC Islamic community by allowing the 4:00 a.m. Ramadan movement on the last day of Ramadan 2023 to be canceled. This was a violation of 42 usca subsection 1997 d.

5. Travis Keeth (Senior DCCC Security Captain): under color of state law violated my 1st, 8th, and 14th amendment rights by refusing to allow me to be omitted into the gymnasium 4-12-23 , stating " he wasn't going to get off his A#@ to let me in the gymnasium",  for Ramadan Night of Power congregational prayers, though I was on the approved Ramadan list and cleared by security to go to medical and get my medication every morning before going to the gym to pray with DCCC Islamic community Masjid Rashid. Capt Keeth refused to adhere to Oklahoma Department of Corrections policy and state and federal law. He showed deliberate and callous indifference to the injury he was inflicting upon me and use his position and Authority to hinder my abilities to properly practice my religion and rehabilitate, only months before I was to discharge a 23-year prison sentence In the Oklahoma Department of corrections. And later retaliated on me and the whole Dick Conners Correctional Center Islamic community bye canceling the 4:00 a.m. Ramadan movement for the last day of Ramadan 2023. Giving me or any other Muslim no access to the kitchen or gym to make the last night prayers. This is violation of Oklahoma Department of Corrections policy and state and federal laws. This is a violation of 42 USC subsection 1997 d.

c        (16)

Attachment (3)

6.  Melissa Hodge(DCCC Captain): under the color of state law refused to adhere to Oklahoma Department of correction policy and local and federal laws. Melissa Hodge smiled and giggled during the violation of my civil rights by Captain Travis Keeth.  Captain Travis Keeth violate my religious rights but Captain Melissa Hodge refused to intervene or thoroughly report the actions of her colleague but instead laughed in encouragement of the violation to my civil liberties 4-12-23.

7.  Dr. Bethany Wagener (DCCC PA-C): under color of state law refused to adhere to Oklahoma Department of correction policy or state and federal laws. Wagener Failed to  follow Odoc policy and was deliberately indifferent to my to my right to practice my Islamic faith during treatment, leading to violations of my the violation I suffered by Captain Travis Keeth . Dr Bethany Wagoner showed callous deliberate indifference to my constitutional rights to practice my religion. We spoke specifically on the subject of me fasting for Ramadan at my March 2023 medical appointment. She assured me that protections were in place to accommodate my religious observances and that the administration of my medication would not interfere with my ability to fast during Ramadan. This was a retaliation in a violation of 42 USC subsection 1997 d.

8.  Warden Chris Rankins  (OSR Warden) : under color of state law refused to adhere to Oklahoma Department of correction policy or state and federal laws. He repeatedly failed to protect my rights at Oklahoma State Reformatory and refuse to intervene while Haley Hamaker obstructed my  ability to utilize the grievance  process properly at OSR. I pled with Warden Rankins  to intervene and protect my rights  verbally, and through RTS and grievance documentation. I reported Haley Hammackers use intimidation and subterfuge too obstruct the free practice of privileges secured to me by the Constitution and laws of  the United States. Warden Rankins show callus deliberate indifference to the violation of my civil rights and refused to do his duty and adhere to o d o c policy or state and federal laws. This was a retaliation for DCCC Grievance # 23-028 etc. This is a retaliation of 42 USC 1997 d.

d  (17)

Attachment (3)

9. Haley Hamaker (OSR Law Library Supervisor): under color of state law refuse to adhere to Oklahoma Department of correction policy or state and federal laws. She continuously obstructed The free practice of Rights secured to me by the Constitution and the laws of the United states. She refused to allow me to personally seal my legal mail several times. She, illegally and criminally, spoiliated documentation in my legal filings (see Oklahoma County CV 2023 2865' Abbus v. Oklahoma Department of Corrections ,3-13-24 Motion Requesting To Submit Missing Document, 3-15-24 Noticee of Spoliation). Hamaker used subterfuge, fraudulent maneuvering , and intimidation tactics to conspire with DCCC staff to deter me from reporting violations of my civil rights. (See oklahoma county cv -2023-2865 Stay of enforcement of agency order pending review, notice of spalliation, motion for court orders to Warden Chris Rankins etc) She spoliated my legal mail, forge my signature, purposely mis filed my grievance process documentation continuously and repeatedly. She openly and callously showed deliberate indifference to my 14th amendment right to due process and other privileges protected by the Constitution and laws of the United States. She continuously and repeatedly refused to adhere to Oklahoma Department of correction policy or state and federal laws. This was a retaliation for grievances filed at Dick Conners Correctional Center in Hominy Oklahoma prior to me being transferred to Oklahoma State Reformatory. Is a violation of 42 USC subsection 1997 d.

10. Amy Vann (DCCC Grievance Coordinator / Warden's Assistant): under  the color of state law refuse to adhere to Oklahoma Department of correction policy or state and federal laws. She used intimidation and her position of authority and subterfuge too obstruct my ability to freely navigate the inmate/offender grievance process op-090124. She told me in DCCC law library to refile specific grievances, at the order of the Administrative Review Authority in Oklahoma City. I spoke with grievance coordinator Amy Van on several occasions, and through RTS and grievance documentation, requesting to restart the  grievance process on specific issues and to did you give an explanation on why many of my filings had been returning and answered. She showed callus delivered and difference to the injury her actions afflicted upon me and retaliated against me for reporting violations of my civil rights. She conspired with other Oklahoma Department of Corrections staff at dick Conners Correctional Center in Hominy Oklahoma to obstruct the free practice of privileges secure to me by the Constitution and allows the United States. I have a sworn statement by inmate who overheard a phone call between Amy Van and my unit

e    (18)

Attachment (3)

manager Clandestine. Amy Van was overheard telling you the manager clandestine to submit a transfer packet on me for writing religious grievances. This is violation of 42 USC subsection 1997 d.

11. Mark Knutson (ODOC General Administrative Review Authority Director's Designee): under color of state law repeatedly showed callus deliberate indifference to the violation of my constitutional rights at DCCC and OSR and the injuries I was suffering. Between April 2023 and July 2024 I reported, through letters and emergency and sensitive grievances, several illegal, inappropriate, and obstructive actions committed by DCCC and OSR staff meant solely to obstruct my ability to freely and unobstructedly navigate the inmate/offender grievance process op-090124 and freely practice privileges secured to me by the Constitution and laws of the United States. This is retaliation and a violation of 42 USC § 1997d.

12. Cheri Atkinson ( ODOC Medical ARA medical Services Manager): under color of state law refused to adhere to Oklahoma Department of correction policy or state and federal laws. She was the person who responded for medical Ara to my numerous letters,  RTS, and grievance documentation. She repeatedly returned my documents unanswered and showed callison deliberate indifference to the injures I was suffering at DCCC and OSR between April 2023 and July 2024. This was meant to obstruct my ability to freely and properly utilize the inmate/offender grievance process op-090124 and was part of a greater conspiracy to obstruct the free practice of privileges cured to me by the Constitution and laws of the United States. This is retaliation in violation of 42 USC § 1997d.

This summary outlines the violations of my constitutional rights and the deliberate indifference of DCCC staff to my medical and religious needs. I seek redress for these grievances through this court.

References:

DCCC Grievance # 23-028

ODOC Policies: Op-030112, Op-090124, Op-110215

Quranic References: 2:185, 97:3

ƒ    (19)

Attachment (3)

Relevant Case Law: 42 USC § 1983, Osage County, Abbus vs David Louthan and Oklahoma County, Abbus vs Oklahoma Department of Corrections

9.

(20)

Attachment (4)

### ~ Statement of Facts and Summary of Events ~

5-18-16 Okla State Pen in McAlester, Oklahoma: At approximately 6:00 A.M. I was the victim of an attack by inmate Cizek and Sayers in A unit 4 Quad, I was stabbed several times by weapons concealed inside the inmates' anal cavities. Directly after the incident I was informed by an officer that one of the inmates that attacked me were hepatitis c positive and that I should get tested. The Hispanic officer, that advised me to get hep-c tested, did not clarify which of my 2 assailants had hep-c. I immediately began requesting to be tested for hep-c virus. I was tested for hepatitis c at Okla State Pen something like a month after the incident.

Approximately 7-2-19 I was transferred from Okla State Pen to Dick Conners Correctional Center in Hominy, Ok. At DCCC it was confirmed, at an unrequested medical appointment with DCCC healthcare provider (somewhere between July and September 2019), that I tested Hep-c positive at Okla State Pen. I was not made aware of the results of the Hep-c test I took at Okla State Pen in approximately 2016 until I was transferred to DCCC in 2019. From 2019 to 2022 I was told by DR B. Wagener that I did not meet the criteria for hep-c treatment at DCCC. After submitting grievances and writing letter to Medical Administrative Review Authority in OKC I was finally informed by DR Wagener I would receive treatment.

On 3-23-23, at an appointment with DCCC healthcare provider, I was finally approved to begin hep-c treatment on 4-10-23 .At this appointment I clearly explained to DR Wagener:

•I was fasting for the holy month of Ramadan

• I was reluctant to violate the tenets of my Islamic faith

a.  (21)

Attach (4)

•¥ I would need my treatment medication administered before Fajr (morning prayer) after Maghrib (sunset prayer)

Dr Wagener assured me that there were accommodations in place in the ODOC religious policy (See Op-030112 RELIGIOUS SERVICES) to ensure the administration of my Hep-c treatment would not interfere with my religious observances.

See DCCC RTS # 23-2119

According to Op-030112 RELIGIOUS SERVICES pg2. Third paragraph:

Correctional facilities will develop and implement procedures to provide reasonable access and accommodation to the exercise of religion by inmates.

According to Holy Quran 2:185

b        (22)

Attachment (4)

The month of Ramadan is that in which the Quran was revealed, a guidance to men and a clear proof of guidance and the distinction, therefore whoever of you is present in the month, he shall fast therein.

On 4-10-23 I was released from Q unit for Ramadan movement approximately 4:00 a.m., this was approximately the 19th day of Ramadan. I went directly to medical when released from Q unit to take my hep-c treatment meds then.I proceeded to DCCC gym to join Islamic community for congregational prayers. While at DCCC medical service window receiving the administration of my hep-c treatment I was instructed by Nurse Cooke (who administered my first dose of hep-c treatment medication) that I needed to make sure I came to medical as close to the same time as possible every day to receive my dose of Hep-c treatment medication for the duration of my treatment. Basically, if I began treatment at "A.M. (morning) pill line," then I had to continue to come every morning to get my pills for the duration of my treatment.

4-12-23  Coincided with the 21st day of Ramadan, a particularly important night in Islamic Faith, according to the Holy Quran and Sunnah of Prophet Muhammad the 21st day of the Holy Month of Ramadan could potentially be what is translated as "the Night of Power" (See Sahih Al-Bukhari Vol.3 Bk.32 #234-241). On 4-12-23 approximately 4 a.m. I was released for Ramadan movement from Q unit. I went straight to medical for the daily administration of my hep-c treatment and then proceeded to the gym to join DCCC Islamic Community in congregational Night of Power prayers. When I reached the gym I found it locked tight so I then proceeded to Security Operations building to speak with the captain and ask to be let in the gym. In DCCC captains office I was met with hostility. 4 employees were present Captain Travis Keeth, Captain Melissa Hodge, and 2 officers whose names I do not know. 1 of the officers had severe burns on his hands and face, and the other officer had distinctive red hair on head and face. Immediately Capt. Keeth asked where I had been when the Ramadan participants were admitted into the gym, so I explained I was at medical receiving medication. I explained the gym was locked and I needed to be let in the gym to join Islamic community for Night of Power prayers. Capt. Keeth said, "I don't give a

c        (23)

Attach (4)

damn what you were doing, I'm not getting off my ass to let you in the gym." And, "you can try to sweet talk one of the yard officers into to letting you in to the gym." I felt my knees buckle and soul swoon, as panic's icy gripped envelope my heart and I was helplessly overwhelmed by anxiety as I thought of missing this, once a year chance, at obtaining the pleasure of my Lord -Almighty God Allah. I was really hoping to take advantage of all the exercises and events available during the Holy Month of Ramadan to bring peace and prosperity to my life and death.  Above all, I hope to gain Allah's approval and good pleasure. I wanted to have a fruitful and successful Ramadan, so I could approach life after prison with confidence and hope in  Allah's Mercy. I wanted to walk out the reap the countless benefits that comes from faithfully striving in obedience and submission to the command of the True and Undeniably Lord of all the worlds . At the time I was only a short time away from discharging a long and dangerous prison term in the Oklahoma Department of Corruptions. I really wanted to focus and apply myself by giving my most sincere efforts in my worship, hoping to obtain the blessed rewards accessible only in the Holy month of Ramadan. The unparalleled depths of mental refreshment and the state of blissful peace that result from striving in the Cause of Allah and submitting in total obedience to His command bring so my useful manifestions in the mental health and refining of character. All I wanted to do was leave prison with a strong spirit that could readily handle the unpredictable and unavoidable scenarios of life and the countless trials and tribulations predestined to test the  devotion and commitment of every creature toilingthroughdangerous, hazardous, unpredictable and deadly confines of the Oklahoma Department of Corrections in the span of 1 hour, let alone 1 year. I remember thinking that I would have gladly cleaned the bathrooms and holding cells for a year  just to  able to get any one of them to be reasonable and just escort me a quick walk id say under 50 steps,through the prison compound and simply open the gym door so I could praise the Magnificent and Almighty Creator of the heavens and earth in the ways most befitting to His Majesty and Honor but I was not going to attempt to sweet talk a state employee into doing their required duties. These are supposed to be capable and dependable individuals highly trained in social skills and  so I left the S/O building and proceeded to dinning hallTo wait for the Ramadan participates to exit the gym and come to the dinning hall for our daily meal before we begin to fast for the day. I was very distraught I was being forced to miss the congregational prayers because I was taking life saving medication. I take my religious obligations very serious and want to accumulate as many blessings as possible before I discharged my, over 20 yr, incarceration in the Okla Dept of Corrections. While in the dinning hall, sitting patiently at a table, waiting for the Ramadan participates to enter the dining hall the officer with distinctly red head and facial hair approached the dining hall entrance door way (across from the kitchen and laundry building) jammed a finger at Q unit and said, "get back to your unit!" I complied with the directive.

d (24)

Attach (4)

See DCCC Grievance # 23-028

According to the Holy Quran 97:3

The Night of Power is better than 1000 months

According to the Sunnah of Prophet Muhammad: congregational prayer accumulates 25 times more reward than prayer by one's self. (See Sahih Al-Bukhari Vol.1 Bk.8 #466, Vol.1 Bk.11 #620, Vol.1 Bk 11 #621)

According to the rules concerning the individual conduct of employees Op-110215:

1.A. employees will:

1.  Devote full-time, attention, and effort to their duties during assigned hours of duty

e. (25)

Attach (4)

Others

2.  Engage in conduct which affords respect, courtesy, and preserves the dignity of

3.  Promote and model exemplary, law-abiding behavior

4.  Avoid any conduct, interest, or relationships which conflict with, or detrimental to, the proper and effective discharge of official duties

5.  Be efficient and effective managers of public resources

II. Duties and Responsibilities

P. (26)

*Attach(4)*

A. Compliance

1. Laws/rules/regulations/policies/procedures/directives/orders

    a) Employees will comply with all laws, rules, and regulations which apply to any aspect of their job duties, responsibilities, or state employment

    b) Employees will comply with all agency policies and procedures contained in policy statements, operational memorandum, administrative memorandum, field memorandum, other written or verbal directives including lawful orders or directives of agency supervisors and managers.

D. Performance of Duties

    ) Employees will fulfill, to the best of their abilities, the duties of their position and devote full-time, attention, and efforts to the duties and responsibilities of their position during assigned hours of duty.

*9. (27)*

attach (4)

) Employees will not willfully fail to carry out their assigned duties, nor willfully misrepresent actual work performed, hours worked, whereabouts while on duty. Knowingly falsifying documentation such as security logs, incident reports, or audit reports will be grounds for termination.

According to Op-140100

1. MEDICAL, MENTAL HEALTH, AND DENTAL CARE

B. The Okla Dept of Corrections has established written standards for delivery, maintenance, and improvement of medical, mental health, and dental care services for inmates. The term health care encompasses all 3 disciplines for standards of healthcare services.

A. PURPOSES

h. (28)

Attach (4)

The purpose of healthcare standards is to:

   2.  Enable inmates to obtain specialized healthcare when constitutionally required.

III. D. PHARMACEUTICAL SERVICES

Appropriate management of pharmaceutical services will be available to inmates
According to Op-140101

II. HEALTHCARE AUTHORITY

The scope of responsibility of healthcare authority will include:

     •  Maintaining procedures for the delivery of healthcare and
provision of medical services, ensuring accessibility to
medical staff. Community corrections center administrative

i. (29)

Attach (4)

personnel and the CHSA or designee will jointly be responsible for maintaining the medical services resource manual.

- Arranging for the availability of medical care services and ensuring the quality of medical care and inmate access to all medical services.

- Providing the administrative support foe accessibility of services to inmates...

- Coordinating the provision of the following:

1. Medical.

j. (30)

Attach (4)

According to Op- 030112

Opening Paragraph:

Narrated Talha bin 'Ubaid-Ullah:

A bedouin with unkempt hair came to Allah's Apostle and said, "O Allah's Apostle! Inform me what Allah has made compulsory for me as regards the prayers." He replied: "You have to offer perfectly the five compulsory prayers in a day and night (24 hours), unless you want to pray Nawafil." The bedouin further asked, "Inform me what Allah has made compulsory for me as regards fasting." He replied, "You have to fast during the whole month of Ramadan, unless you want to fast more as Nawafil." The bedouin further asked, "Tell me how much Zakat Allah has enjoined on me." Thus, Allah's Apostle informed him about all the rules (i.e. fundamentals) of Islam. The bedouin then said, "By Him Who has honored you, I will neither perform any Nawafil nor will I decrease what Allah has enjoined on me. Allah's Apostle said, "If he is saying the truth, he will succeed (or he will be granted Paradise)."

Friday 4-21-23 approximately 2 a.m. Q pod night shift officer Sargent Guess informed me the Ramadan movement was cancelled early that evening by the night shift Captain. The Islamic community (Masjid Rasheed) had prior approval to participate in 30 days of Ramadan fasting and praying. This included security clearance to be released to pray in gymnasium at approximately 3:30 a.m. and to be feed early enough to practice fasting according to the guidelines of the Holy Quran and Sunnah of Prophet Muhammad ( peace and blessings upon him).

According to the Sahih al Bukhari Vol. 3, Bk 31, # 115:

Narrated Talha bin 'Ubaid-Ullah:

A bedouin with unkempt hair came to Allah's Apostle and said, "O Allah's Apostle! Inform me what Allah has made compulsory for me as regards the prayers." He replied: "You have to offer perfectly the five compulsory prayers in a day and night (24 hours), unless you want to pray Nawafil." The bedouin further asked, "Inform me what Allah has made compulsory for me as regards fasting." He replied, "You have to fast during the whole month of Ramadan, unless you want to fast more as Nawafil." The bedouin further asked, "Tell me how much Zakat Allah has enjoined on me." Thus, Allah's Apostle informed him about all the rules (i.e. fundamentals) of Islam. The bedouin then said, "By Him Who has honored you, I will neither perform any Nawafil nor will I decrease what Allah has enjoined



K. (31)

Attach (4)

on me. Allah's Apostle said, "If he is saying the truth, he will succeed (or he will be granted Paradise)."

The As Salaam Alaikum Corporation in North Tulsa instructed community members to fast all 30 days in 2023, and did not celebrate Eid Al Fitr till 4-22-23. Many other countries also fasted 30 full days in Ramadan that year including Australia, Oman, Pakistan, and Indonesia ect.

According to Op-030112 opening paragraph pg.1:

All inmates remaned to the custody of the Oklahoma Department of Corrections retainer the right to choose their religious belief and practice their religion... this was a retaliation by Captain Travis Keith and Melissa Hodge for DCCC grievance # 23-028, also see DCCC grievance # 23-032 and DCCC # 23-039.

Friday 4-21-23 approximately 12 pm Jumma Prayer service was cancelled at DCCC. I worked as a DCCC compound yard orderly at the time and witness Chaplain D. Hetebrink and several chapel workers standing outside of DCCC gymnasium waiting for the Kairos function that was scheduled for that day. I asked if we would have Jumma Prayer Service on schedule and I was told no because of TB shots.

According to the Holy Quran 62:9

Muslims are commanded to hasten earnestly to the remembrance of Allah when they hear the call to prayer on Friday.

ப (32)

Attach (4)

According to Op 030112 pg.2. RELIGIOUS SERVICES:

All inmates remanded to the custody of the Okla Dept of Corrections retain the right to choose their religious beliefs and practice their religion

And,

When it is necessary to limit the religious exercise of inmates, Okla Dept of Corrections will do so in the restrictive means

And,

Correctional facilities will develop and implement procedures to provide reasonable access and accommodation to the exercise of religion by inmates.

And,

m (33)

Attach (4)

In carrying out these responsibilities, the agency does not, and may not, endorse a particular religious belief over another and will not endorse either religion or non-religion. ODOC will maintain a neutral position relative to all religious beliefs.

And,

Inmates will not be discriminated against because of religious beliefs...

According to OP-090124 III.D. REPRISALS:

An Inmate/Offender will not suffer reprisals for submitting a grievance in good faith.

This was a violation of 42 USCA § 1997 d. which prohibits retaliation against prisoners for reporting violations of civil rights

n (34)

Attach (4)

This was a retaliation and reprisal by Chaplin D. Hetebrink for filing DCCC grievance # 23-028

See DCCC grievance # 23-031 and 23-038

I have continued to try to exhaust administrative remedies on DCCC RTS # 23- 2119 and several others but I was unsuccessful before discharging 7-11-24. I faced road blocks and obstructions from DCCC staff (See MARA sensitive grievance # 23-64, DCCC grievance # 23-059, 23-063, 23-073. Also see Request for Judicial Review and Motion for Staying Enforcement of Agency Order Pending Review in Abbus vs. Okla. Department of Corrections, Okla. County case # CV-2023-2865). 10-12-23 Tammy Cartwright DCCC Medical CHSA placed me on grievance restriction to impede my ability to properly exhaust administrative remedies on the numerous grievance process issues I had pending at DCCC. DCCC Capt. Rash told me I was fired from my position as DCCC compound orderly because I was filing grievances. Then in October Inmate Corey Ware informed me he was in V&W Unit Manager's Office and heard Warden Assistant/ Grievance Coordinator Amy Vann tell U/M Clendening to submit a transfer packet on me for filing grievances. Corey Ware wrote a notarized affidavit 11-7-23 outlines the events in U/M Clendening's office that day. (See Request for Preliminary Injunction and Proof and Evidence in Abbus vs Warden David Louthan, Osage County case # WH-23-01)

On 11-9-23 I was transferred from DCCC in Hominy, Okla. To OSR in Granite, Okla. As retaliation for filing grievances in good faith at DCCC.

At Oklahoma State Reformatory I suffered more 14th amendment and 8th amendment violation at the hands of OSR staff namely :

(35)

attach (4)

OSR Warden Chris Rankins,

and OSR Law Library Supervisor Hailey Hamaker.

Hailey Hamaker misfiled request to staff documents, fraudulently filed grievance documentation in my name , spoilated my legal mail, and conspired to obstruct the free practice of my civil rights. I reported Hailey Hamaker's actions to Warden Rankins who shiw callious deliberate indifference to my sufferings and refused to protect my rights.

-conclusion-

I continued to try and exhaust administrative remedies on DCCC RTS #23-2119 and several others from OSR but faced road blocks and obstructions coordinated between OSR and DCCC staff (See Motion for Staying Enforcement of Agency Order Pending Review, Motion Requesting to Submit Missing Document, Notice of Spoliation, Motion Requesting Court Orders for Warden Rankins in Abbus vs Okla. Department of Corrections, Okla. County case # CV-2023-2865). I discharged Oklahoma Department of Corrections custody in July and was unable to obtain proper exhaustion of administrative remedies on numerous grievance process documents relevant to this case but absolutely no fault of my own. I I wrote several letters, and submitted sensitive and emergency grievances to Mark Knutson and Cherri Atkinson reporting the deliberate indifference and cruel and unusual punishment i was suffering at DCCC and OSR. But both refused adhere to ODOC policy and State and Federal law. I was drug through and unjustifiable grievance restriction that they refuse to lift until the very end making it possible for me to finish the inmate/offender greens process on the numerous pending RTS and grievances before I discharged July 2024. This is a retaliation for grievances I file to Dick Connor's Correctional Center and Oklahoma State Reformatory. This is a violation of 42 USC subsection 1997 d.

All defendants in this case ,namely, :

1. DCCC Warden David Buss,
2. DCCC Warden David Louthan,
3. Tammy Cartwright (DCCC CHSA),
4. DCCC Chaplain D. Hetebrink,
5. DCCC Captain Travis Keeth,
6. DCCC Captain Melissa Hodge,

 P (36)

Attach (4)

7. Dr Bethany Wagoner ( DCCC Health Care Provider),
8. OSR Warden Chris Rankins,
9. Haley Hamaker (OSR Law Library Supervisor),
10. Amy Vann (DCCC Grievance Coordinator /Warden Assistant),
11. Mark Knutson (ODOC General Administrative Review Authority Director's Designee),
12. Cheri Atkinson (ODOC Medical Administrative Review Authority Medical Services Manager)

were acting under color of state law when, deliberately and callously violating my constitutional rights.

Khalil Ibrahim Abbus II              Tulsa, ok                    4-5-25

Khalil Ibrahim Abbus II

*Khalil Abbus II*

2 (37)

- Attachment (5)

3. Demote each defedants to non administrative position in the agency and permanently bar all defendants from holding any administrative positions in any state or federal agency again.

a (38)

after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        April 5th, 2025

Signature of Plaintiff   Khalil I. Abbus II

Printed Name of Plaintiff  Khalil I. Abbus II        *Khalil Abbus II   4.11.25*

**B.    For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney _____

Printed Name of Attorney    _____
Bar Number                  _____
Name of Law Firm            _____
Address                     _____
Telephone Number            _____
E-mail Address              _____

ProSe-5.                                    7